Eric J. Artrip
*PRO HAC VICE*
artrip@mastandoartrip.com
Mastando & Artrip, LLC
301 Washington Street, Suite 302
Huntsville, AL 35801
Phone:   256-532-2222
Fax:     256-513-7489

FILED
CLERK, U.S. DISTRICT COURT
OCT 26 2021
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

Link #69

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., DATA SECURITY BREACH LITIGATION | Case No.: MDL No. 2:18-ml-02826-PSG(GJSx)<br>Case No.: 2:18-cv-02995-PSG-GJS<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL ; ORDER** |

## PLAINTIFF'S NOTICE OF DISMISSAL

COMES NOW, PLAINTIFF William Grice, pursuant to Rule 41(a) of the FEDERAL RULES OF CIVIL PROCEDURE AND shows unto the Court all claims in the above styled action are due to be dismissed with prejudice, costs taxed as paid.

Respectfully submitted this 25th day of October, 2021.

s/ Eric J. Artrip
Eric J. Artrip

IT IS SO ORDERED.
DATED: 10/26/21
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S NOTICE OF DISMISSAL

1

**CERTIFICATE OF SERVICE**

I, Eric J. Artrip, hereby certify that on October 25, 2021, the foregoing PLAINTIFF'S NOTICE OF DISMISSAL was filed electronically through the CM/ECF system, copies of which were sent by First Class Mail to anyone unable to accept them via the electronic filing system.

s/ Eric J. Artrip
Eric J. Artrip

PLAINTIFF'S NOTICE OF DISMISSAL

2